IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HEALTH INVENTIONS, INC.,  :
    Plaintiff  :
    :
v.  :  Civil No. WMN 02-2673
    :
MEDIFAST, INC., et al.,  :
    Defendants  :

...o0o...

## ORDER

This is a diversity breach of contract action in which the parties appear to be signatories to an enforceable agreement to arbitrate disputes arising under their contract. Indeed, the gravamen of the complaint appears to be defendants' refusal voluntarily to engage in arbitration. In any event, in my capacity as Chambers Judge, I am not persuaded that a temporary restraining order is appropriate under the circumstances here. Plaintiff is of course free to institute arbitration proceedings and to seek extraordinary equitable relief in connection therewith.

This Order is entered without prejudice to plaintiff's request for a preliminary injunction, which will go before Judge Nickerson, to whom the case is assigned, in due course.

It is, this 14th day of August, 2002, by the United States District Court for the District of Maryland, SO ORDERED.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE