UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **HEALTH INVENTIONS, INC.** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**MEDIFAST, INC.** )<br>**JASON PHARMACEUTICALS, INC.** )<br>)<br>Defendants )<br>) | Civ. Action WMN02 2673 |

FILED 2002 SEP 13 P 1:38

## NOTICE OF DISMISSAL

Dear Mr. Clerk:

Please dismiss this case with prejudice.

Date: 9/6/02

James P. Koch
1101 St. Paul St.
Suite 404
Baltimore, MD 21202
410 539 7816
Attorney for Plaintiff

0208/ HI SE06

Approved THIS 13 DAY
OF September, 2002
_____
~~SENIOR~~ UNITED STATES DISTRICT JUDGE
for Judge Nickerson

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _6_ day of September 2002, a copy of the foregoing was sent by first class mail, postage pre-paid to

Michael P. Tanczyn, Esq.
Suite 106
606 Baltimore Ave.
Towson, MD 21204

_____
James P. Koch